**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Michael Thomas Dyer, Appellant.

Appellate Case No. 2021-000680

---

Appeal From Lexington County
Walton J. McLeod, IV, Circuit Court Judge

---

Unpublished Opinion No. 2023-UP-093
Submitted January 1, 2023 – Filed March 15, 2023

---

**APPEAL DISMISSED**

---

Sarah Elizabeth Shipe, of Columbia, for Appellant.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General William M. Blitch, Jr., both of Columbia, for Respondent.

---

**PER CURIAM:** Dismissed after consideration of Appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.

**APPEAL DISMISSED.**[1]

**WILLIAMS, C.J., THOMAS, J., and LOCKEMY, A.J.**

---

[1] We decide this case without argument pursuant to Rule 215, SCACR.